# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC,<br>*Plaintiff* | § § § § | |
| -v- | § § § | W-20-CV-00533<br>W-20-CV-00535<br>W-20-CV-00540<br>W-20-CV-00543 |
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI TECHNOLOGIES USA INC.<br>*Defendants* | § § § § § | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

    Plaintiff:      $17,750.83
    Defendant:      $17,750.83

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 2nd day of June, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE